UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN L. COX,

          Plaintiff,

  v.

ROGER COOK, MARK MUNSEN, KATHLEEN SAXTON, SCOTT WILCOX, ELDON VAIL, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, STATE OF WASHINGTON,

          Defendants.

No. C13-5575 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation;

    (2)    This action is **DISMISSED without prejudice**.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 4th day of October, 2013.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION- 1